UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


Honorable Garland E. Burrell Jr.          **RE:  Blanca  Guerrero**
United States District Judge                    **Docket Number:  0972 2:13CR00331-002**
Sacramento, California                          <u>**PERMISSION TO TRAVEL**</u>
                                                            <u>**OUTSIDE THE COUNTRY**</u>


Your Honor:


Blanca Guerrero is requesting permission to travel to Mexicali, Baja California. The supervisee is being supervised by the Central District of California. USPO Mia Espinoza states that the supervisee is current with all supervision obligations, and the probation officer recommends approval be granted.


It is also respectfully requested that the Probation Officer be given discretion to approve future requests for international travel.


**Conviction and Sentencing Date:**   On March 3, 2015, Blanca  Guerrero  was sentenced for the offense of 21 USC 846 and 841(a)(1) – Conspiracy to Distribute Heroin.


**Sentence Imposed:**   30 months BOP; 36 months TSR; $100 special assessment; mandatory testing.  Special Conditions:  1) Submit to search; 2) Financial disclosure; 3) No new credit; 4) Substance abuse testing; 5) Aftercare co-payment; 6) Drug registration.


**Dates and Mode of Travel:**  August 24, 2016 to August 31, 2016.  She will be traveling with her brother-in-law by car.


**Purpose:**  Visitation with her parents.  She has not seen her parents in more than three years. She will be staying at the home of her parents located at Baja California Norte.

REV.  06/2015
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

RE:   **Blanca  Guerrero**
      **Docket Number:  0972 2:13CR00331-002**
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully submitted,


/s/George A. Vidales
**GEORGE A. VIDALES**
**Supervising United States Probation Officer**


Dated:    August 17, 2016
          Sacramento, California

/s/Glenn P. Simon for
**REVIEWED BY:**     **MATTHEW M. FAUBERT**
                    **ADC United States Probation Officer**

---

## ORDER OF THE COURT

☒     Approved      ☐     Disapproved


**Dated:  August 17, 2016**


**Garland E. Burrell Jr.**
**United States District Judge**

2