UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-cr-0331-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| BLANCA GUERRERO, | |
| Defendant. | |

The United States argued at the status hearing held today that this case should be transferred to Fresno division of this district for the convenience of the anticipated witnesses. (ECF No. 82.) Supervised releasee Blanca Guerrero opposes the motion. The United States is correct. Therefore, this case is transferred to Fresno division of this district.

Dated: March 23, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge