UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Garland E. Burrell    **RE:  Blanca Guerrero**
Senior United States District Judge       **Docket Number:  0972 2:13CR00331-002**
Sacramento, California           **PERMISSION TO TRAVEL**
                                 **OUTSIDE THE COUNTRY**

Your Honor:

Blanca Guerrero is requesting permission to travel to Mexicali, B.C, Mexico. Blanca Guerrero is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On March 3, 2015, Blanca Guerrero was sentenced for the offense(s) of 21 USC 846 and 841(a)(1), Conspiracy to Distribute Heroin.

**Sentence Imposed:**  30 Months Custody, 36 Months Supervised Release.

**Dates and Mode of Travel:**  March 15, 2019, through March 30, 2019.  Will be travelling in a White Jeep Wrangler (Tag No. 7SZB941), registered to Isaac Vega and Jesus Guerrero.

**Purpose:**  Visit parents.

1

**RE:   Blanca Guerrero**
     **Docket Number:  0972 2:13CR00331-001**
     <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

Laura Del Villar
United States Probation Officer

Dated:   March 6, 2019
         Visalia, California
         LAD

**REVIEWED BY:**     /s/ Lonnie E. Stockton
                       **Lonnie E. Stockton**
                       **Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

**Dated:  March 7, 2019**

GARLAND E. BURRELL, JR.
Senior United States District Judge

2

REV.  03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX